

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00342-CV

_____

LETTIE FERGUSON, Appellant

V.

ASHLEY SELF, Appellee

On Appeal from County Court at Law No. 2
Wise County, Texas
Trial Court No. CV-8632

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

Appellant has not paid the filing fee for this appeal, in violation of Texas Rule of Appellate Procedure 5. *See* Tex. R. App. P. 5.

On October 26, 2021, we notified Appellant that we would dismiss this appeal unless she paid the filing fee within ten days. *See* Tex. R. App. P. 5, 42.3(c), 44.3. When Appellant missed the deadline, we sent her another notice on November 8, 2021, giving her another opportunity to comply with Rule 5 by paying the filing fee within ten days. *See* Tex. R. App. P. 5, 42.3(c), 44.3. More than ten days have passed since our second notice, and Appellant has still not paid the filing fee. *See* Tex. R. App. P. 5.

Because Appellant has failed to comply with a requirement of the Rules of Appellate Procedure and has repeatedly failed to comply with notices from the clerk of this court, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: December 2, 2021